IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|                                        ) | |
|       Plaintiff,          ) | |
|                                        ) | |
|   vs.                                ) | 8:06CR123 |
|                                        ) | |
| JAMAAL A. McNEIL,                      ) | **SCHEDULING ORDER** |
|                                        ) | |
|       Defendant.         ) | |

    IT IS ORDERED that the following is set for hearing on **June 8, 2006** at **10:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion for Determination of Mental Competency [12] filed by the defendant.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 22nd day of May, 2006.

                                      BY THE COURT:

                                      s/ F.A. Gossett
                                      United States Magistrate Judge