IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR123 |
| | ) | |
| JAMAL McNEIL, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the Court are defendant's Motion for Release [16] and Motion for Copies and Notice of Address [17].  The defendant is presently represented by Assistant Federal Public Defender Jeffrey L. Thomas and is therefore prohibited from filing pleadings on his own.

    IT IS ORDERED that the Motion for Release [16] and Motion for Copies and Notice of Address [17] are denied without prejudice subject to defense counsel refiling the motions if necessary.

    DATED this 26th day of July, 2006.

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                United States Magistrate Judge