IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   8:06CR123 |
| JAMAAL A. McNEIL, | ) )   **SCHEDULING ORDER** |
| Defendant. | ) ) |

    IT IS ORDERED that the following is set for hearing on **September 21, 2006** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Mental Competency Hearing

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 19th day of September, 2006.

                                               BY THE COURT:

                                               s/ F.A. Gossett
                                               United States Magistrate Judge