IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR123 |
| | ) | |
| JAMAAL A. McNEIL, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    The government has made an oral motion to continue the previously scheduled evidentiary hearing on the Motion to Suppress [24] due to the unavailability of a witness.  Good cause being shown, the oral motion will be granted and the evidentiary hearing will be continued.

    IT IS ORDERED that the government's oral motion is granted and the evidentiary hearing on the  Motion to Suppress [24] is rescheduled to **November 15, 2006** at **9:00 a.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 25th day of October, 2006.

                                                   BY THE COURT:

                                                 s/ F.A. Gossett
                                                 United States Magistrate Judge