IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR123 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMAAL A. McNEIL, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Motion to Withdraw (#48).

On March 6, 2007 Jamaal A. McNeil appeared in court with his attorney, Jeffrey L. Thomas. Counsel for the government was excused. The Court interrogated McNeil, informing him of the nature of the charges against him and the range of penalties and the substantial disadvantages of self-representation. The Court informed McNeil that while he had the right to proceed *pro se*, that the case was complex and the experience and professional training of a lawyer would be of benefit to him; that an attorney might be more aware of possible defenses; that an attorney would be aware of procedural issues and how they would best be handled, and that the Court believed it would be in his best interest to be represented by an attorney. McNeil informed the Court that he was determined to represent himself.

After observing the demeanor and the conduct of McNeil at the hearing, and after considering the answers given by him to my questions, and after fully advising him in the matter, I find that he fully understands the nature of the charges against him, the range of the penalties, the disadvantages of self-representation, and that his waiver of his right to counsel is freely, voluntarily, knowingly, and intelligently entered. I find that McNeil is fully

aware of both the nature of the right being abandoned and the consequences of his decision to abandon it, and that he has a full and complete appreciation of all of the consequences flowing from his waiver.  I further find that his current attorney, Jeffrey L. Thomas, is given leave to withdraw as counsel for the Defendant and is appointed as standby counsel.

**IT IS ORDERED:**  The Motion to Withdraw (#47) is granted.

Dated this 6th day of March 2007.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge