IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR123 |
| v. | ) | |
| JAMAAL A. MCNEIL, | ) | ORDER |
| Defendant. | ) | |

    Before the court are defendant's motions, Filing Nos. 65 and 66. Defendant objects to certain pleadings and documents offered by the government for use at trial. This motion is denied as without merit, because the government is required to file a witness list, exhibit list and a trial brief for trial. The remaining issues have been previously ruled on by the court or are without merit.

    THEREFORE, IT IS HEREBY ORDERED that defendant's motions, Filing Nos. 65 and 66, are denied.

    DATED this 21st day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief U.S. District Judge