IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR123 |
| v. | ) | |
| JAMAAL A. MCNEIL, | ) | ORDER |
| Defendant. | ) | |

Before the court is defendant's trial brief and motion for special verdict, Filing No. 75.  Trial is scheduled in this matter for March 26, 2007 at 8:30 a.m., and the court will take the defendant's motion under advisement until the time of trial.

DATED this 23rd day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief U.S. District Judge