IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR123 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMAAL A. MCNEIL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is defendant's motion and supporting affidavit, Filing No. 87.
Defendant filed this same motion last week, and the court denied it.  Filing Nos. 85, 86.
Nothing has occurred or changed in this matter to warrant filing the same motion, and
therefore, the court denies defendant's motion as without merit.

SO ORDERED.

DATED this 4th day of April, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief U.S. District Judge