IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR123 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMAAL A. MCNEIL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's motion to dismiss, suppress, and release, Filing No. 125. Defendant's issues have been previously ruled on by the court or are without merit.

Defendant also sent a letter to this court asking for a copy of the docket report and text minutes. The clerk of court is directed to send defendant a copy of the latest docket report.

THEREFORE, IT IS HEREBY ORDERED that defendant's motion, Filing No. 125, is denied.

DATED this 12th day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Judge