IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR123 |
| v. | ) | |
| JAMAAL A. MCNEIL, | ) | ORDER |
| Defendant. | ) | |

Before the court is defendant's motion to amend objection to presentence investigation report, Filing No. 138. The court grants the defendant leave to file an amended objection to his presentence investigation report. The court reminds the defendant that he is scheduled to be sentenced on August 1, 2007, so any amendments to his previously filed objection, Filing No. 127, should be filed before August 1, 2007, or they may be raised at sentencing.

THEREFORE, IT IS HEREBY ORDERED that defendant's motion, Filing No. 138, is granted.

DATED this 25th day of July, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Judge