IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:06CR123 |
| v. ) | |
| JAMAAL A. MCNEIL, ) | ORDER |
| Defendant. ) | |

Before the court is defendant's miscellaneous motion, Filing No. 146. The court is unclear what relief the defendant is requesting. The defendant was sentenced on August 1, 2007, and a Judgment was entered on August 9, 2007. If this is intended as an appeal of his conviction and Judgment, the court finds this motion is filed out of time and is denied.

IT IS ORDERED that defendant's motion, Filing No. 146, is denied.

DATED this 28th day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Judge