IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR123 |
| ) | |
| v. ) | |
| ) | |
| JAMAAL A. MCNEIL, ) | ORDER |
| ) | |
| Defendant. ) | |

On February 13, 2008, the court entered an order, following multiple filings by the defendant, ordering him to either amend or withdraw his pleadings, or the court would consider his pleadings with reference to 28 U.S.C. § 2255 as a habeas corpus proceeding. Filing No. 164.   The defendant has responded to this order, and it appears he would like the appropriate paperwork to file his habeas corpus action.  Filing No. 167.

THEREFORE, IT IS ORDERED:

1.  The Clerk of Court shall issue the required paperwork to defendant to allow him to file his official 28 U.S.C. § 2255 forms; and

2.  Defendant shall timely file those forms, and shall do so within sixty days of the date of this order.  Failure to timely file those forms shall result in this court's denial of his current motions and pleadings.

DATED this 26th day of March, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Judge