IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR123 |
| v. | ) | |
| JAMAAL A. MCNEIL, | ) | ORDER |
| Defendant. | ) | |

Before the court are defendant's motions, Filing Nos. 188 and 191, for release from custody. The court previously ruled on and denied a similar motion. Filing No. 148. The court has reviewed the motions and finds there are no grounds for release. Defendant is instructed not to file another similar request.

IT IS ORDERED that defendant's motions, Filing Nos. 188 and 191, are denied.

DATED this 20th day of February, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Judge