IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                           )<br>                          Plaintiff,          )<br>                                                           )<br>            v.                                           )<br>                                                           )<br>JAMAAL A. MCNEIL,                       )<br>                                                           )<br>                          Defendant.      )<br>_____)  | 8:06CR123<br><br>ORDER |

Before the court are multiple motions filed by the defendant: motion to dismiss criminal case, Filing No. 199; motion for security bond, Filing No. 200; motion for judgment, Filing No. 201; motion to object and suppress, Filing No. 202; motion for subpoenas, Filing No. 203; motion for leave to file in forma pauperis, Filing No. 204; and a prisoner account statement, Filing No. 205. The court entered judgment in this case against the defendant and sentenced him to 120 months on August 1, 2007, and a sentencing memorandum issued on August 9, 2007. Filing No. 140, Filing No. 143, and Filing No. 144. Previous to entering the sentence, defendant filed a motion pursuant to 28 U.S.C. § 2255, Filing No. 122, which the court let him withdraw without prejudice. Filing No. 124. Thereafter, defendant filed multiple motions for mandamus to the Eighth Circuit. Filing Nos. 118, 120, 128, and 181, and all petitions have been denied. Defendant filed a motion pursuant to § 2255 on February 11, 2008. Filing No. 159. The court ordered the Clerk of Court to issue the required paperwork to defendant on March 26, 2008. Filing No. 179. Defendant was told he must timely file the forms or lose his right to assert his § 2255 action. Filing No. 179. This court denied the motion for habeas corpus on August 22, 2008. Filing No. 185. There is no claim or action remaining before this court. The court has carefully

reviewed the motions filed by the defendant. Based on this procedural history, the court finds, first, it no longer has jurisdiction to review such claims in this case, and second, the motions are totally devoid of merit in any event. Accordingly, the court will deny all motions.

THEREFORE, IT IS ORDERED that defendant's motion to dismiss criminal case, Filing No. 199; motion for security bond, Filing No. 200; motion for judgment, Filing No. 201; motion to object and suppress, Filing No. 202; motion for subpoenas, Filing No. 203; and motion for leave to file in forma pauperis, Filing No. 204 are denied.

DATED this 16th day of November, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge