IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR123 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JAMAAL A. MCNEIL, | ) | |
| | ) | |
| Defendant. | ) | |

     Before the court are multiple motions filed by the defendant: motion to dismiss criminal case, Filing No.214; motion for security bond, Filing No.213; motion for declaratory judgment, Filing No. 212; motion to object and suppress, Filing No. 211; motion for subpoenas, Filing No. 210; motion for leave to file in forma pauperis, Filing No. 208; and a prisoner account statement, Filing No. 209. Defendant filed basically these same motions and on November 16, 2009 the Court found it had no jurisdiction to entertain the motions and further found them with totally without merit. Filing No. 207. Accordingly, the court will again deny all motions for the reasons set forth in Filing No. 207 and instruct defendant not to file the same motions again.

     THEREFORE, IT IS ORDERED that defendant's motions, Filing Nos. 208, 210, 211, 212, 213, and 214 are denied. Defendant is further ordered not to file these same motions again.

     DATED this 1st day of December, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge