IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR123 |
| v. | ) | |
| JAMAAL A. MCNEIL, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

This matter is before the court on the following motions of defendant Jamaal A. McNeil: motion for a successive writ of habeas corpus, Filing No. 224; motion for dismissal, Filing No. 226; motion for security bond, Filing No. 228; motion for judgment, Filing No. 230; motion to object and suppress evidence, Filing No. 232; motion for issuance of subpoenas, Filing No. 234; and motion for leave to proceed in forma pauperis, Filing No. 236.  The court has reviewed these motions, and finds them to be frivolous and without merit.

THEREFORE, IT IS ORDERED that defendant's motions, Filing Nos. 224, 226, 228, 230, 232, 234, and 236 are denied as frivolous and without merit.

DATED this 17th day of August, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge