IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR123 |
| v. | ) | |
| JAMAAL A. MCNEIL, | ) | ORDER |
| Defendant. | ) | |

Before the court are 1) defendant's request for copies and return of property (Filing No. 243), and 2) objection (Filing No. 244) to the government's Notice of Intent to Destroy Evidence (Filing No. 242), which relates to the Advice of Rights statement offered at the November 15, 2006, motion to suppress hearing. This case is no longer subject to appellate review and the court finds that these motions lack merit. Accordingly,

IT IS ORDERED:

1. Defendant's request for copies and return of property (Filing No. 243) is granted in part and denied in part. The clerk of court is ordered to mail to the defendant a copy of the docket sheet from docket #240 through today's date. The defendant's request for return of $245.00 is denied as frivolous.

2. Defendant's objection (Filing No. 244) to the government's Notice of Intent to Destroy Evidence (Filing No. 242) is denied.

DATED this 12th day of August, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge