IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:06CR123** |
| vs. | | |
| JAMAAL A. MCNEIL, | | **ORDER** |
| Defendant. | | |

This matter is before the court on defendant's motion for release, Filing No. 284, and motion for leave to proceed in forma pauperis, Filing No. 285.  The court has reviewed these motions and finds them to be frivolous and without merit.

THEREFORE, IT IS ORDERED that defendant's motions, Filing Nos. 284 and 285, are denied as frivolous and without merit.

Dated this 4th day of February, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge