IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JAMAAL A. MCNEIL,<br><br>              Defendant. | **8:06CR123**<br><br>**ORDER** |

      This matter is before the court on the following motions of defendant Jamaal A. McNeil:  Motion for Writ of Habeas Corpus, Filing No. 288, and Motion for Leave to Proceed In Forma Pauperis, Filing No. 290.  The court has reviewed these motions, and finds them to be frivolous and without merit.

      THEREFORE, IT IS ORDERED that defendant's motions, Filing Nos. 288 and 290, are denied as frivolous and without merit.

      Dated this 12th day of February, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge