IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>vs.<br><br>JAMAAL A. MCNEIL,<br><br>        Defendant. | **8:06CR123**<br><br>**ORDER** |

Before the court are the following motions of defendant Jamaal A. McNeil: Motion for Writ of Mandamus, Filing No. 292; Motion for Subpoena, Filing No. 293; Motion to Suppress, Filing 294; Motion for Final Judgment, Filing 295; and Motion for Leave to Proceed In Forma Pauperis, Filing No. 296.  The court has reviewed these motions, and finds them to be frivolous and without merit.

THEREFORE, IT IS ORDERED that defendant's motions, Filing Nos. 292, 293, 294, 295 and 296 are denied as frivolous and without merit.

Dated this 23rd day of April, 2013.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                United States District Judge