IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

           Plaintiff,

     vs.

JAMAAL A. MCNEIL,

           Defendant.

8:06CR123

ORDER

     This matter is before the court on plaintiff's motion to continue, Filing No. 376. The plaintiff requests the court to continue the disposition hearing currently set for November 6, 2015 as the attorney will be out of the office fulfilling military obligations. The defendant has filed a document titled Motion to object, claim, amend, suppress, subpoena, counterclaim, terminate, dismiss with prejudice tort claim, release property and body, discharge, close the account and etc., Filing No. 377. On page 5, paragraph number 23, the defendant objects to the plaintiff's motion to continue. The court has reviewed the record and determines that the motion to continue should be granted and the objection overruled.

     THEREFORE IT IS ORDERED that:

     1.    The plaintiff's motion to continue the disposition hearing currently set for November 6, 2015, Filing No. 376, is granted.

     2.    Defendant's objection to the continuance, which is embedded in Filing No. 377, is overruled.

     3.    The disposition hearing is continued to December 10, 2015 at 2:30pm before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska

Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant must be present in person.

Dated this 30th day of October, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge