IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>JAMAAL A. MCNEIL,<br><br>             Defendant. | 8:06CR123<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on a number of motions filed by the defendant, Jamaal A. McNeil. These motions include: Filing No. 407, motion for common law writ of error; Filing No. 408, motion for uniform judicial notice of foreign law; Filing No. 409, motion for leave to proceed in forma pauperis; Filing No. 410, motion to withdraw guilty plea; Filing No. 411, motion to terminate, rescind, recission and cancel all invisible and visible contracts with supporting affidavit; Filing No. 412, motion to withdraw and terminate all no notice injunctions; Filing No. 413, motion for praecipe for subpoena with supporting affidavit; Filing No. 414, motion to subpoena with supporting affidavit; Filing No. 415, motion for leave to proceed in forma pauperis; Filing No. 416, motion in limine; Filing No. 418, motion regarding bond; Filing No. 419, motion for leave to proceed in forma pauperis; Filing No. 420, motion for Nebraska Uniform Enforcement of Foreign Judgment; Filing No. 421, motion for good faith and honesty; Filing No. 429, motion in limine; Filing No. 430, motion to withdraw guilty plea; Filing No. 431, motion to quash; Filing No. 432, motion to impeach; Filing No. 433, motion to join party; Filing No. 434, motion for misjoinder; Filing No. 435, motion to strike; Filing No. 436, motion for common law; Filing No. 437, motion for subpoena; Filing No. 438, motion for praecipe for

subpoena; Filing No. 439, motion for leave to proceed in forma pauperis; Filing No. 441, motion for surety bond; Filing No. 442, motion for leave to file in forma paupers; Filing No. 443, motion for Nebraska Uniform Enforcement of Foreign Judgment Act; Filing No. 444, motion for judicial notice; and Filing No. 445, motion to dissolve, withdraw, and terminate all no notice injunction.

The Court has denied many of these similar motions in previous filings. *See* Filings No. 185, 215, 238, and 297. The Court has carefully reviewed the current motions filed by the defendant. The Court finds the motions are totally frivolous and without merit. Accordingly, the Court will deny all motions.

**THEREFORE, IT IS ORDERED THAT** all of Defendant's motions, Filing Nos. 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 418, 419, 420, 421, 429, 430, 431, 432, 433, 434, 435, 436, 437, 438, 439, 441, 442, 443, 444, and 445, are denied.

Dated this 15th day of August, 2024.

BY THE COURT:

s/ Joseph F. Bataillon  
Senior United States District Judge